**EXHIBIT A**

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Kaiser Permanente**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | | Open Amount | |
|---|---|---|---|---|---|---|---|
| 310537 | 3505757 | 11/22/2019 | 11/22/2019 | $ | (576.00) | $ | (576.00) |
| 310537 | 3918034 | 8/9/2021 | 8/9/2021 | $ | (48.96) | $ | (48.96) |
| 310537 | 4148766 | 8/8/2022 | 8/8/2022 | $ | (127.92) | $ | (127.92) |
| 310537 | 4230893 | 12/28/2022 | 12/28/2022 | $ | (651.04) | $ | (651.04) |
| 310537 | 4265199 | 2/6/2023 | 3/8/2023 | $ | 1,708.80 | $ | 1,708.80 |
| 310537 | 4267696 | 2/9/2023 | 3/11/2023 | $ | 2,376.00 | $ | 2,376.00 |
| 310537 | 4267700 | 2/9/2023 | 3/11/2023 | $ | 28,512.00 | $ | 28,512.00 |
| 310537 | 4267744 | 2/9/2023 | 3/11/2023 | $ | 32,832.00 | $ | 32,832.00 |
| 310537 | 4271259 | 2/15/2023 | 3/17/2023 | $ | 45,919.20 | $ | 45,919.20 |
| 310537 | 4274306 | 2/20/2023 | 3/22/2023 | $ | 14,605.92 | $ | 14,605.92 |
| | | | Totals: | $ | 124,550.00 | $ | 124,550.00 |